AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00127-HEH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Virginia Information Technologies Agency</u> was received by me on *(date)* <u>Feb 16, 2023, 12:00 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Jacqueline Whitaker</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Virginia Information Technologies Agency</u> on *(date)* <u>Thu, Feb 23 2023</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 02/23/2023

*Server's signature*

James Anderson

*Printed name and title*

7305 Hancock Village Dr #102 , Chesterfield, VA 23832

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 23, 2023, 11:24 am EST at 7325 Beaufont Springs Dr, Richmond, VA 23225 received by Jacqueline Whitaker. Age: 32; Ethnicity: African American; Gender: Female; Weight: 170; Height: 5'8"; Hair: Black; Relationship: Authorized Agent;

DOCUMENTS SERVED: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY, INJUNCTIVE, MANDAMUS AND MONETARY RELIEF