IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THE NATIONAL FEDERATION OF THE )
BLIND OF VIRGINIA, *et al.*,            )
                                        )
      Plaintiffs,                  )
                                        )
v.                                      )   Civil Action No. 3:23-cv-127–HEH
                                        )
VIRGINIA DEPARTMENT OF                  )
CORRECTIONS, *et al.*,                  )
                                        )
      Defendants.                  )

## ORDER

THIS MATTER is before the Court on Plaintiffs' Notice of Voluntary Dismissal of their Claims Against Defendant Virginia Information Technologies Agency filed pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) (ECF No. 38). Upon due consideration, it is HEREBY ORDERED that this action is DISMISSED as to Defendant Virginia Information Technologies Agency.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                   /s/
                                Henry E. Hudson
                                Senior United States District Judge

Date: March 28, 2023
Richmond, VA