IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THE NATIONAL FEDERATION
OF THE BLIND OF VIRGINIA, *et al.*,

    Plaintiffs,

v.

VIRGINIA DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.

Case No. 3:23-cv-127-HEH

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF THEIR CLAIMS AGAINST DEFENDANT VIRGINIA INFORMATION TECHNOLOGIES AGENCY**

Plaintiffs, by and through their undersigned attorneys and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss their claims against Defendant Virginia Information Technologies Agency.

Dated: March 28, 2023

Respectfully submitted,

    */s/ Eve L. Hill*
Eve L. Hill
Monica R. Basche (*pro hac vice*)
Evan Monod (*pro hac vice*)
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21202
410.962.1030
ehill@browngold.com
mbasche@browngold.com
emonod@browngold.com

Vishal Agraharkar
Samantha Westrum
American Civil Liberties Union of Virginia
701 E. Franklin Street, Suite 1412
Richmond, Virginia 23219

804.644.8022
vagraharkar@acluva.org
swestrum@acluva.org

Rebecca Herbig
disAbility Law Center of Virginia
1512 Willow Lawn Drive, Suite 100
Richmond, Virginia 23230
804.225.2042
Rebecca.Herbig@dlcv.org

2