IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THE NATIONAL FEDERATION
OF THE BLIND OF VIRGINIA, *et al.*,

    Plaintiffs,

    v.

VIRGINIA DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.

Case No. 3:23-cv-127-HEH

## PLAINTIFFS' MOTION *IN LIMINE* TO PERMIT THE INCARCERATED PLAINTIFFS AND WITNESSES TO WEAR CIVILIAN CLOTHES AT TRIAL

Plaintiffs, by and through undersigned counsel, hereby move this Court to permit the incarcerated Plaintiffs and any incarcerated witnesses they call to appear before the jury in civilian clothes and without visible shackles to ensure their Due Process rights to a fair trial. The grounds for requesting this relief are set forth in the accompanying Memorandum.

Dated:  May 6, 2024     Respectfully submitted,

     /s/ *Samantha Westrum*
Samantha Westrum (VSB No. 98453)
Vishal Agraharkar (VSB No. 93265)
American Civil Liberties Union of Virginia
701 E. Franklin Street, Suite 1412
Richmond, Virginia 23219
(804) 519-5366
swestrum@acluva.org
vagraharkar@acluva.org

Eve L. Hill (VSB No. 96799)
Monica R. Basche (*pro hac vice*)
Jacqueline Cadman (*pro hac vice*)
Jamie Strawbridge (*pro hac vice*)
Jessica P. Weber (*pro hac vice*)
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21202
(410) 962-1030
ehill@browngold.com
mbasche@browngold.com
jcadman@browngold.com
jstrawbridge@browngold.com
jweber@browngold.com

Rebecca Herbig (VSB No. 65548)
disAbility Law Center of Virginia
1512 Willow Lawn Drive, Suite 100
Richmond, Virginia 23230
(204) 255-2042
Rebecca.Herbig@dlcv.org

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May 2024, I filed the foregoing electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing ("NEF") to the following:

Ann-Marie C. White Rene (VSB No. 91166)
Timothy E. Davis (VSB No. 87448)
Andrew R. Page (VSB No. 80776)
Assistant Attorneys General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, VA 23219
Telephone: (804) 786-0030
arene@oag.state.va.us
tdavis@oag.state.va.us
arpage@oag.state.va.us

*Counsel for Defendant Virginia Department of Corrections*

I hereby certify that I will mail the foregoing document by U.S. Mail and electronic mail to the following non-filing user:

Armor Correctional Health Inc.
c/o Registered Agent
CT CORPORATION SYSTEM
4701 Cox Rd Ste 285
Glen Allen, VA 23060-6808

*Pro Se Defendant*

 */s/ Samantha Westrum*
 Samantha Westrum (VSB No. 98453)